IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.                                          NO.  3:18-CR-53-004(CAR)

**STEVE TURBEVILLE**

## ORDER

For good and sufficient cause made known to the Court, the *Petition for Warrant or Summons for Offender Under Supervision (Doc. 219) filed June 3, 2025*, is hereby DISMISSED.

SO ORDERED this 22 day of ___April___, 2026.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: KMH